UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>SANJEEV V. ANAND<br><br>Debtor | CASE NO: 08-31122<br>(Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4004778**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 18 | CAPITAL ONE BANK USA NA<br>% TSYS DEBT MANAGEMENT TDM<br>BOX 5155<br>NORCROSS, GA  30091 | 1,361.15 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/10/2010

Certificate of Service                              08-31122

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

SANJEEV V. ANAND
70 TERRADYNE TRACE
SPRINGBORO, OH  45066

G TIMOTHY DEARFIELD
2555 SOUTH DIXIE AVENUE
SUITE 201
KETTERING, OH  45409

(18.1)
CAPITAL ONE BANK USA NA
% TSYS DEBT MANAGEMENT TDM
BOX 5155
NORCROSS, GA  30091

(27.1n)
CHRISTOPHER J NIEKAMP
BERNLOHR WERTZ
23 S MAIN STREET SUITE 301
AKRON, OH  44308

(23.1n)
CITIMORTGAGE
BOX 829009
DALLAS, TX  75382

(24.1n)
GREGORY A STOUT
MAPOTHER & MAPOTHER PSC
801 WEST JEFFERSON STREET
LOUISVILLE, KY  40202

(19.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(26.1n)
RECOVERY MGT SYS CORP
ATTN RAMESH SINGH BK SPECIALIS
25 SE 2ND AVE STE 1120
MIAMI, FL  33131

(20.1n)
STEPHEN R FRANKS
BOX 968
2450 EDISON BLVD
TWINSBURG, OH  44087

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                     bl